DOWNEY BRAND LLP
RHONDA CATE CANBY SBN 171571
ANDREW L. COLLIER, SBN 191137
MICHAEL J. KUZMICH, SBN 210088
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for GEORGE SUGARMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLBOARD VIDEO, INC., a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE SUGARMAN, an individual,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CIV. S-04-1787 KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(Fed. Rule Civ. Proc. 41(a))** |

　　　　IT IS HEREBY STIPULATED by and between BILLBOARD VIDEO, INC., SIGNUP, INC. dba MULTIMEDIA, and GEORGE SUGARMAN, that the above-captioned action be and hereby is dismissed with prejudice, each party to bear its own costs and fees.

　　　　IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{00020926.DOC;}　　　　　　　　　　　　　　　-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Dated: November 29, 2005 | DOWNEY BRAND LLP |
| | |
| | By: /s/ (original signature retained by attorney) <br> ANDREW L. COLLIER <br> Attorneys for <br> GEORGE SUGARMAN |
| Dated: November 29, 2005 | BANKS & WATSON |
| | By: /s/ (original signature retained by attorney) <br> STEPHEN PAFFRATH, Attorneys for <br> BILLBOARD VIDEO, INC. <br> individually, and as successor by <br> merger to SIGNUP, INC. dba <br> MULTIMEDIA |

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

{00020926.DOC;}                    2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE